# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2018

## NO. 03-17-00397-CV

**Whitney Brewster, Executive Director, Texas Department of Motor Vehicles; and Jeremiah Kuntz, Director, Vehicle Titles and Registration, Texas Department of Motor Vehicles, Appellants**

**v.**

**Auto Title Service and Marilyn E. Miiller, Appellees**

---

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**REVERSED AND DISMISSED—OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order signed by the district court on June 9, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order and renders judgment dismissing ATS's cause. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.